**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

December 2, 2015

Hon. Timothy Davis
Assistant District Attorney
Hidalgo County Courthouse
100 N. Closner, 3rd Floor
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Hon. Daniel E. Vargas
The Vargas Law Office
220A South 12th Avenue
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-13-00138-CV
Tr.Ct.No. C-303-10-E
Style:   A TRACT OF LAND CONTAINING 5.19 ACRES, BEING THE SOUTH 203.33
         FEET OF THE WEST 1111.15 FEET OUT OF LOT 44-9 WEST ADDITION
         TO SHARYLAND, HIDALGO COUNTY, TEXAS; AND ONE (1) MOBILE
         HOME LOCATED ON SAID PROPERTY v. THE STATE OF TEXAS

The above-referenced cause has been set for submission without oral argument on Wednesday, December 23, 2015, before a panel consisting of Justice Dori Contreras Garza, Justice Gregory T. Perkes and Justice Nora Longoria.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch